COM.

v.

**THOMPSON, R.**

**958 MDA 2016**

Superior Court of Pennsylvania.

09/21/2017

CP–06–CR–0001137–2014 (Berks)

Affirmed

COM.

v.

**LACKEY, A.**

**1470 MDA 2016**

Superior Court of Pennsylvania.

09/21/2017

CP–22–CR–0002529–2011 (Dauphin)

Affirmed

**LAFFERTY, H.**

v.

**FERRIS, T.**

**1131 MDA 2016**

Superior Court of Pennsylvania.

09/21/2017

Reargument Denied 12/4/2017

2008–01941 (Susquehanna)

Affirmed/Vacated

**LAFFERTY, H.**

v.

**FERRIS, T.**

**1619 MDA 2016**

Superior Court of Pennsylvania.

09/21/2017

Reargument Denied 12/1/2017

2008–01941 (Susquehanna)

Affirmed/Vacated